DANIEL G. BOGDEN
United States Attorney
CRANE M. POMERANTZ
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax:  (702) 388-5087

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-mj-000958-NJK |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **Stipulation to Continue** |
| | ) | **Preliminary Hearing** |
| | ) | |
| JASON ANDRE WILLIS, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Daniel G.

Bogden, United States Attorney, Crane M. Pomerantz, Assistant United States Attorneys, counsel

for the United States of America, and Brian D. Pugh, Assistant Federal Public Defender, counsel

for defendant Jason Andre Willis, that the preliminary hearing date in the above-captioned matter,

currently scheduled for November 30, 2015, at 4:00 pm, be vacated and continued for one week,

to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1.      The defendant made his initial appearance on a criminal complaint on

November 16, 2015.  The Court set a Preliminary Hearing date of November 30, 2015.  This is the

first Monday after the Thanksgiving holiday.  Due to logistical issues resulting from proximity to

the holiday, it would be extremely difficult to convene the Grand Jury for its regular Wednesday

meeting time.

1

2.      Counsel for the defendant is demonstrating significant courtesy in agreeing to continue the preliminary hearing date one week.

3.      The defendant is incarcerated, but does not object to the continuance.

4.      Additionally, denial of this request for continuance could result in a Miscarriage of justice.  The additional time requested herein is not sought for purposes of delay, but to allow for the Grand Jury to convene.

6.      The additional time requested by this stipulation, is allowed, with the defendant=s consent under the Federal Rules of Procedure 5.1(d).


DATED this 19th day of November, 2015.

                                                            Respectfully submitted,
                                                            DANIEL G. BOGDEN
                                                            United States Attorney

        //s//                                                    //s//
_____          _____
BRIAN D. PUGH, AFPD                    CRANE M. POMERANTZ
Counsel for Defendant Wills            Assistant United States Attorney

2

1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

7
8
9
10
11
12
13
14

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:15-mj-00958-NJK |
| | ) | |
| vs. | ) | **FINDINGS OF FACT AND ORDER** |
| | ) | |
| JASON ANDRE WILLIS, | ) | |
| Defendant. | ) | |

15
16

### FINDINGS OF FACT

17         Based on the pending Stipulation of counsel, and good cause appearing therefore,

18   the Court finds that:

19         1.      The defendant made his initial appearance on a criminal complaint on

20   November 16, 2015.  The Court set a Preliminary Hearing date of November 30, 2015.  This is the

21   first Monday after the Thanksgiving holiday.  Due to logistical issues resulting from proximity to

22   the holiday, it would be extremely difficult to convene the Grand Jury for its regular Wednesday

23   time.

24         2.      Counsel for the defendant is demonstrating significant courtesy in agreeing

25   to continue the preliminary hearing date one week.

26         3.      The defendant is incarcerated, but does not object to the continuance.

4.      Additionally, denial of this request for continuance could result in a Miscarriage of justice.  The additional time requested herein is not sought for purposes of delay, but to allow for the Grand Jury to convene.

6.      The additional time requested by this stipulation, is allowed, with the defendant=s consent under the Federal Rules of Procedure 5.1(d).

7.      This is the first request for a continuance of the preliminary hearing.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary hearing date.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the preliminary hearing, and possibly resolve the case prior to the preliminary hearing or an indictment, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the defendant=s consent, pursuant to Federal Rules of Procedure 5.1(d).

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**<u>ORDER</u>**

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled

for November 30, 2015, at the hour of 4:00 pm, be vacated and continued to

December 7, 2015,_____ at the hour of _4:00 p.m., in a courtroom to be determined.

DATED __20th__ day of November, 2015.

_____
THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

5